UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE RIVER BAND OF OTTAWA
INDIANS and LITTLE RIVER BAND
OF OTTAWA INDIANS EMPLOYEE
WELFARE PLAN,

        Plaintiffs,                         Case Number 15-13708
v.                                               Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF MICHIGAN,

        Defendant.
_____/

## ORDER OF DISMISSAL

On January 11, 2017, the parties informed the Court that they had reached a full settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Either party may apply to reopen the case to enforce the settlement agreement **on or before February 11, 2017**.

It is further **ORDERED** that the parties' pending motions [26, 38, 50, 52, 54, 58, 61, 62, 80, 83, 84, 89, 93, 97, 104] are **DISMISSED** as moot.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated: January 11, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 11, 2017.

                                    s/Susan Pinkowski
                                    SUSAN PINKOWSKI