UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE RIVER BAND OF OTTAWA
INDIANS and LITTLE RIVER BAND
OF OTTAWA INDIANS EMPLOYEE
WELFARE PLAN,

       Plaintiffs,                     Case Number 15-13708
v.                                             Honorable David M. Lawson

BLUE CROSS BLUE SHIELD OF MICHIGAN,

       Defendant.
_____/

## STIPULATED ORDER EXTENDING TIME TO REOPEN

Pursuant to the stipulation of the parties,

It is **ORDERED** that either party may apply to reopen the case to enforce the settlement agreement **on or before March 27, 2017**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: February 14, 2017

Stipulated to by:

s/Kyle Patrick Konwinski
Attorney for the Plaintiffs
Varnum LLP
333 Bridge Street NW, Suite 1700
Grand Rapids, MI 49504

s/Michelle L. Alamo
Attorney for the Defendant
Dickinson Wright
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 14, 2017.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI